1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  ELIZABETH KURLAN (CABN 255869)
   Assistant United States Attorney
4
5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
        Telephone: (415) 436-7298
6       Facsimile: (415) 436-6748
        Elizabeth.Kurlan@usdoj.gov
7
   Attorneys for Defendants
8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                             SAN FRANCISCO DIVISION
11
12 JAMES EDWARD DOPFEL, *et al.*,
                                          C 3:24-cv-01187 TLT
13                Plaintiffs,
14       v.                               **SECOND STIPULATION TO EXTEND TIME
                                          WITHIN WHICH DEFENDANTS MUST FILE A
15 ANTONY J. BLINKEN, in his official capacity  RESPONSE AND [PROPOSED] ORDER**
   as U.S. Secretary of State, *et al.*,
16
                  Defendants.
17

18       The parties, through their undersigned attorneys, hereby stipulate to an extension of time within
19 which the Defendants must serve the answer or otherwise respond in the above-entitled action.
20 Defendants will file their response on or before July 1, 2024. The parties make this request because the
21 U.S. Embassy in Warsaw recently contacted the applicant to submit further documentation so that the
22 application can be processed for completion.
23       In light of the agreed-upon extension for Defendants' response to the complaint, the parties
24 request that, if Plaintiffs have not filed a motion for summary judgment by July 18, 2024, Defendants
25 must file their motion for summary judgment by August 30, 2024.
26
27
28
   Stip to Extend
   C 3:24-cv-01187 TLT                         1

Dated: May 16, 2024                     Respectfully submitted,[1]

                                                     ISMAIL J. RAMSEY
                                                     United States Attorney

                                                     */s/ Elizabeth D. Kurlan*
                                                   ELIZABETH D. KURLAN
                                                   Assistant United States Attorney
                                                   Attorneys for Defendants

Dated: May 16, 2024

                                                   */s/ Curtis Lee Morrison*
                                                   CURTIS LEE MORRISON
                                                   Attorney for Plaintiff

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  Defendants' response is due by July 1, 2024.

Date: May 17, 2024

                                                   TRINA L. THOMPSON
                                                 United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.